1  SCOTT J. SAGARIA (SBN 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   Egale@sagarialaw.com
3  JARRETT S. OSBORNE-REVIS (SBN 289193)
   Josborne@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   333 West San Carlos Street, Suite 620
5  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
6
   Attorneys for Plaintiff
7
   George G. Weickhardt (CA 58586)
8  gweickhardt@rmkb.com
   Wendy C. Krog (CA 257010)
9  wkrog@rmkb.com
   **ROPERS, MAJESKI, KOHN & BENTLEY**
10 75 Broadway Street
   San Francisco, CA 94105-1667
11 415.543.4800 Ph; 415.972.6301 Fx
   Attorneys for Defendant Chase Bank USA, N.A.
12

13            **IN THE UNITED STATES DISTRICT COURT**

14         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16

17 MAJGAN DASTAGIRZADA**,**              | Case No.: 5:13-cv-01506-EJD

18             Plaintiff,                 | STIPULATED REQUEST FOR DISMISSAL

19      v.

20

21 CHASE BANK USA, NATIONAL
   ASOCIATION an FDIC insured corporation
22 and DOES 1 through 100 inclusive**,**

23

24            Defendants.

25

26

27

28

                STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Majgan Dastagirzada and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice.

**Sagaria Law, P.C.**

Dated:   January 30, 2014        /s/ *Jarrett S. Osborne-Revis*
                                 Jarrett S. Osborne-Revis
                                 Attorneys for Plaintiff

Dated: January 30, 2014        **ROPERS, MAJESKI, KOHN & BENTLEY, PC**

                               By: /s/
                                 GEORGE G. WEICKHARDT
                                 WENDY C. KROG
                                 Attorneys for Defendant
                                 CHASE BANK USA, N.A.

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.
 The Clerk shall close this file.

DATED:   2/7/2014        _____
                         UNITED STATES DISTRICT JUDGE

I, Jarrett S. Osborne-Revis, hereby certify that I am an ECF registered user and George G. Weickhardt has concurred in this electronic filing.